UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. THOMAS HOLLAND D/O/B 11/29/1983    SBI: 473906C**

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. THOMAS HOLLAND, (D/O/B 11/29/1988) is now confined at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey.

2. Said individual will be required at Newark, New Jersey, before the Hon. William H. Walls, United States District Senior Judge **on Tuesday, November 23rd, 2010, at 9:30 a.m.**, for a Plea Hearing. A Writ of Habeas Corpus should be issued for that purpose.

DATED: November 23rd, 2010

BRIAN URBANO
ASSISTANT U.S. ATTORNEY

---

Let the Writ Issue.

DATED: November 22, 2010

**ORDER**

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT SENIOR JUDGE

---

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

**THOMAS HOLLAND**

now confined at the Essex County Jail, be brought before the United States District Court, the Honorable William H. Walls, District Judge, in the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on November 23rd, 2010, at 9:30 a.m., so that he may appear for a **Plea Hearing** in the above-captioned matter.

WITNESS the Honorable William H. Walls
United States District Senior Judge
Newark, New Jersey

DATED: November 22, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk